In the Matter of CHARLES E. MANNING, Appellant, against FRANCIS L. VALENTE, a Judge of the Court of General Sessions of the County of New York, Respondent.

Argued October 15, 1947; decided November 13, 1947.

*Henry Epstein, Leo Kotler* and *Samuel Lawrence Brennglass* for appellant.

*Frank S. Hogan, District Attorney (Whitman Knapp, Richard G. Denzer, Eugene A. Leiman* and *Harold Roland Shapiro* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER, DYE and FULD, JJ.